928 A.2d 830

IN THE MATTER OF IRWIN B. SELIGSOHN AN ATTORNEY
AT LAW (ATTORNEY NO. 214781963).

August 13, 2007.

## ORDER

**IRWIN B. SELIGSOHN** of **WEST ORANGE**, who was admitted to the bar of this State in 1963, having pleaded guilty in the Superior Court of New Jersey, Essex County, to conspiracy to commit health care claims fraud (second degree), in violation of *N.J.S.A.* 2C:5–2, criminal use of runners (third degree), in violation of *N.J.S.A.* 2C:21–22.1 and 2C:2–6, and tax fraud (third degree), in violation of *N.J.S.A.* 54:52–10 and 2C:2–6, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **IRWIN B. SELIGSOHN** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **IRWIN B. SELIGSOHN** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that **IRWIN B. SELIGSOHN** comply with *Rule* 1:20–20 dealing with suspended attorneys.